AO 442 (Rev. 01/09, MD 6/09)  Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
for the
District of Maryland

U.S. MARSHAL
BALTIMORE, MD

2014 MAR 13  PM 4:26

2014 MAR 20  P 4: 13

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

United States of America
v.

David Funderburk
_____
*Defendant*

Case No. 08-cr-0464

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      David Funderburk

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:  Narcotics vilations, traffic violations, and failure to notify, report for urinalysis, and to enroll in vocational training

Date:     March 13, 2014

By: Deputy Clerk

Address:  101 W. Lombard Street
          Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

| Return |
| --- |

This warrant was received on *(date)*  3/13/2014  , and the person was arrested on *(date)*  3/20/2014
at *(city and state)*  Baltimore, Maryland  .

Date: 3/20/2014

Arresting officer's signature

Evan Robenstein, Deputy US Marshal
*Printed name and title*